16-2006
DSD/KLN

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Eugene V. Joiner

**Plaintiff(s),**

vs. Metro transit Police et. AL.
Hennepin County detention center
and County Board. Et. AL.

Case No. _____
(To be assigned by Clerk of District Court)

**DEMAND FOR JURY TRIAL**

YES ☒      NO ☐

**Defendant(s).**

(Enter the full name(s) of ALL defendants in
this lawsuit. Please attach additional sheets
if necessary).

## COMPLAINT

**PARTIES**

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff Eugene Vincent Joiner

   Name 1516 W. Lake Street Suite 200-D

   Street Address

   County, City Hennepin County, Minneapolis

   State & Zip Code Minnesota 55408

   Telephone Number (952) 220-1299

SCANNED
JUN 2 0 2016
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1 *Metro Transit Metro transit Police officer Wyatt 65035, 'Squad # 7159*

Name *Corporate office*

Street Address *North 6th avenue, Minneapolis, Minnesota*

County, City *Hennepin County, Minneapolis*

State & Zip Code *Minnesota*

b. Defendant No. 2 *Sitonelli ("or John Doe") officer Badge # 68069*

Name *Metro transit Police, Squad 7159*

*Corporate office*

Street Address *North 6th avenue, Minneapolis, Minnesota*

County, City *Hennepin County, Minneapolis*

State & Zip Code *Minnesota*

c. Defendant No. 3 *Hennepin County detention Center st. AC.*

Name *Hennepin County Board st. AC.*

Street Address *300 South Sixth Street.*

County, City *Hennepin County*

State & Zip Code *Minnesota 55487*

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached:☑
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Question          ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. *Title 42 1983, "Prison Litigation Reform Act." Title 42 1983, "Public Health and Welfare Act" and or 42, 1981 Public Health and Welfare and Various Consitutional Amendments, 8th and 14th amendments.*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                          State of Citizenship:

   Defendant No. 1:                         State of Citizenship:

   Defendant No. 2:                         State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☒

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☐ Defendant(s) reside in Minnesota   ☒ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

*This Civil and Constitutional Complaint is brought In accordance with The above mention Acts of Title 42-1983 and Various Consitutional Amendments for Such Cjuil Rights and Prison Litigation Reform Act. See (Attachments)*

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. See: (Attachments)

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☑
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. $4.000.000 million dollars in damages and Treble Damege and Compensatory demeges and/or Mental cruelty and mental upset. the plaintiff would like the court to grant any other relief the court deems necessary. Court cost with interest.

4.

Signed this *20*     day of _June 2016_

Signature of Plaintiff *Eugene Vincent Joines*

Mailing Address *1516 West Lake Street Suite 200 -D Minneapolis, Minnesota 55408*

Telephone Number
*952-220-1299*

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5